## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris

Clerk

The National Federation of the Blind of Alabama et al,.
        Plaintiffs        }
  v.                              }   Case Number: 2:22 CV 721 JHE
                                  }
John H. Merrill                    }
        Defendant

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Corey L. Maze.  Please use case number 2:22 CV 721 CLM on all subsequent pleadings.

DATED: June 30, 2022

                                                    SHARON N. HARRIS, CLERK


                                                    By:__A. Day
                                                          Deputy Clerk

SNH: akd

xc:    Judges
       Counsel