UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **THE NATIONAL FEDERATION OF THE BLIND OF ALABAMA,** *et al.*,<br>        Plaintiffs,<br>v.<br><br>**JOHN H. MERRILL[1]**,<br>        Defendant. | **Case No. 2:22-cv-721-CLM** |

## ORDER

In his motion to dismiss, Secretary Merrill argues that he lacks the authority to implement the relief the plaintiffs seek. In light of this argument, the court **ORDERS** Secretary Merrill to explain, in a briefing limited to 10 pages (double-spaced, 14-point font), how the state implements new voter initiatives and what impact that process has on the pending arguments. The state must file its brief on or before **February 3, 2023**. The plaintiffs may then file a response, limited to 10 pages (double-spaced, 14-point font), on or before **February 10, 2023**.

**DONE** and **ORDERED** on January 24, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

---

[1] Under Federal Rule of Civil Procedure 25(d), the court directs the clerk to substitute Wes Allen for defendant John H. Merrill.