UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **THE NATIONAL FEDERATION OF THE BLIND OF ALABAMA, GAIL SMITH, JILL ROSSITER, and ERIC PEEBLES,**<br>Plaintiffs,<br><br>v.<br><br>**WES ALLEN** *in his official capacity as Secretary of State of Alabama*,<br>Defendant. | Case No. 2:22-cv-721-CLM |

# FINAL ORDER

For the reasons stated in the accompanying memorandum opinion, the court **GRANTS** the Secretary's motion to dismiss (doc. 13). The court **DISMISSES** this case **WITHOUT PREJUDICE**.

Costs taxed as paid.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** on March 15, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE